IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00073-WDM-MJW

KEVIN KIRKPATRICK,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant Union Pacific Railroad Company's Unopposed Motion to Modify Scheduling Order by Vacating Settlement Conference [Docket No. **10,** Filed June 08, 2009] is GRANTED.  The Scheduling Order is amended consistent with this minute order.   It is further

ORDERED that the Settlement Conference set August 12, 2009 at 10:00 a.m. is **vacated.**  It is further

ORDERED that within five days of the private mediation scheduled with former United States Magistrate Judge Richard Borchers on August 10, 2009 at 1:00 p.m., the parties shall file a written Status Report.

Date:   June 12, 2009